UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK L. EDWARDS,

        Petitioner,                      No. C 10-4923 PJH

   v.                              **JUDGMENT**

GARY SWARTHOUT, Warden,

        Respondent.
_____/

       The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

       **IT IS SO ORDERED.**

Dated: June 18, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge